IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CORTEZ,<br><br>        Plaintiff,<br><br>              v.<br><br>BAC HOME LOANS SERVICING, LP, A SUBSIDEIARY OF BANK OF AMERICA FKA COUNTRYWIDE HOME LOANS SERVICING; AMERICA'S WHOLESALE LENDER; COUNTRYWIDE BANK; RECONTRUST COMPANYL; AMERICHOICE, INC; HAMED RASTI, MASEHE HOTAKI; MORTGAGE ELECTRONIC REGISTRATION SYSTEM INC.; and DOES 1-20 inclusive,<br><br>        Defendants.<br>_____/ | Case No. 09-cv-3611-JAM-DAD<br><br><u>ORDER GRANTING DEFENDANT'S<br>     MOTION TO DISMISS</u> |

   This matter comes before the Court on Defendant Mortgage Electronic Registration Systems, Inc. ("Defendant's") Motion to Dismiss (Docket #18) Plaintiff Jose Cortez ("Plaintiff's") Complaint (Docket #1) for failure to state a claim, pursuant to

Federal Rule of Civil Procedure 12(b)(6). Plaintiff did not oppose the motion.[1]

Plaintiff did not file an opposition or statement of non-opposition to Defendants' Motion to Dismiss. Local Rule 230(c) requires a party responding to a motion to file either an opposition to the motion or a statement of non-opposition, no less than fourteen (14) days preceding the noticed hearing date. Local Rule 110 authorizes the Court to impose sanctions for "failure of counsel or of a party to comply with these Rules." Therefore, the Court will sanction Plaintiff's counsel, Catherine King, $250.00 unless she shows good cause for her failure to comply with the Local Rules. Ms. King may submit a statement of good cause to explain her repeated failure to comply with the local rules.

ORDER

After carefully considering the papers submitted in this matter, it is hereby ordered that Defendant's Motion to Dismiss is GRANTED, WITH PREJUDICE. It is further ordered that within ten (10) days of this Order, Catherine King shall either (1) pay sanctions of $250.00 to the Clerk of the Court, or (2) submit a

---

[1] This motion was determined to be suitable for decision without oral argument. E.D. Cal. L.R. 230(g).

1 statement of good cause explaining her failure to comply with
2 Local Rule 230(c).
3
4
5      IT IS SO ORDERED.
6
7 Dated: June 3, 2010
                                    _____
8                                   JOHN A. MENDEZ,
                                    UNITED STATES DISTRICT JUDGE
9